UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00072-2-FDW-DSC

| | | |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **ALVIN BRIDGES,** | ) | |
| Defendant. | ) | |

THE COURT, *sua sponte*, amends the Defendant's judgment to Time Served to allow the Defendant to be released from incarceration without a formal calculation by the Bureau of Prisons of time off for good behavior and/or credit for time served in state custody. Such a calculation will delay the Defendant's release beyond the term of imprisonment estimated by the Court when the Court handed down the original sentence.

IT IS SO ORDERED.

Signed: December 14, 2012

Frank D. Whitney
United States District Judge